**ASK LLP — ATTORNEYS AT LAW**

Brigette G. McGrath, Esq.
Direct Line 212 209 1562 | bmcgrath@askllp.com
151 West 46th Street, Fourth Floor | New York, NY | 10036
phone 212 267 7342 | fax 212 918 3427 | www.askllp.com

October 29, 2025

Clerk of Court
U.S. Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

      Re:    *Rite Aid Corporation, et al.*
              *Chapter 11, Bankruptcy Case No. 23-18993 (MBK)*

              *Thomas A. Pitta, as Trustee of the RAD Sub-Trust A*
                 *v. Academy Fire Protection, Inc.*
              *Adv. Proc. No. 25-02430*

Dear Sir/Madam:

     This office represents the plaintiff, *Thomas A. Pitta, as Trustee of the RAD Sub-Trust A*, in the above-referenced adversary proceeding.

     At your convenience, please issue an Alias Summons for service of process against Academy Fire Protection, Inc. so I can re-serve the Complaint that was recently filed. The original summons expired before it could be served. Thank you in advance for your assistance.

Very truly yours,

*/s/ Brigette McGrath*